## NETWORK APPAREL GROUP, LP, Clarus Data, Inc., dba Korcett Holdings, Inc., KHI-TW, LLC, Plaintiffs-Appellants

v.

## AIRWAVE NETWORKS INCORPORATED, Defendant-Appellee

Pavlov Media, Inc., Apogee Telecom, Inc., Elauwit, LLC, Time Warner Cable Inc., Time Warner Cable Texas LLC, Defendants

2016-1943
2016-2036

United States Court of Appeals, Federal Circuit.

March 13, 2017

DAVID G. HENRY, SR., Gray Reed & McGraw, PC, Dallas, TX, argued for plaintiffs-appellants. Also represented by MICHAEL D. ELLIS, JAMES LAWTON REED, JR., Houston, TX.

TRACY J. WILLI, Willi Law Firm, P.C., Austin, TX, argued for defendant-appellee. Also represented by JAMES NORMAN WILLI.

(Wallach, Chen and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**